# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## JUDGMENT RENDERED AUGUST 24, 2022

## NO. 03-21-00302-CV

**David Weller and IntegriTech Advisors, LLC, Appellants**

**v.**

**Mary Alice Keyes and Sean Leo Nadeau, Appellees**

**APPEAL FROM THE 459TH DISTRICT COURT OF TRAVIS COUNTY
BEFORE JUSTICES GOODWIN, BAKER, AND SMITH
REVERSED AND REMANDED -- OPINION BY JUSTICE BAKER**

This is an appeal from the order granting summary judgment signed by the trial court on January 25, 2021. Having reviewed the record and the parties' arguments, the Court holds that there was reversible error in the order. Therefore, the Court reverses the trial court's summary-judgment order and remands the case to the trial court for further proceedings consistent this opinion. Appellees shall pay all costs relating to this appeal, both in this Court and in the court below.